UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Patrick Solomon**,                )
                                    )
            Plaintiffs,       )
                                    )
  v.                              )        **JUDGMENT**
                                    )
**Raleigh Police Dept.**,           )        5:15-CV-174-BO
                                    )
            Defendants.       )
                                    )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's complaint DE [5] is wholly devoid of factual support and seeks only "undetermined" relief. It is therefore appropriately **DISMISSES AS FRIVOLOUS**. This case is closed.

**This judgment filed and entered on June 30, 2015, and served on:**

Patrick Solomon (3984 Neeley St., Raleigh, NC 27606)


                                             JULIE RICHARDS JOHNSTON, CLERK

June 30, 2015

                                             /s/ Linda Downing
                                             By: Deputy Clerk